UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GRAIN DEALERS MUTUAL
INSURANCE COMPANY                                                               PLAINTIFF

V.                                                          CIVIL ACTION NO.  5:07-cv-89-DCB-JMR

CHINA KING and
FOLMAR & ASSOCIATES                                                          DEFENDANTS

**AGREED ORDER OF DISMISSAL AS TO FOLMAR & ASSOCIATES, LLP**

THIS DAY this cause came on to be heard on the Joint Motion of Plaintiff, Grain Dealers Mutual Insurance Company, and Defendant Folmar & Associates, LLP, *Ore Tenus*, to dismiss all claims against Folmar & Associates, LLP, in this action without prejudice and with each party to bear its own costs.

The Court being further advised in the premises finds that the Motion *Ore Tenus* to dismiss all claims against Folmar & Associates, LLP, in this action without prejudice is well-taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that all claims against Folmar & Associates, LLP, in this action be, and the same hereby are, dismissed without prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, THIS the   10th   day of   July   , 2007.

                                                s/ David Bramlette
                                              DAVID BRAMLETTE III,
                                              U.S. DISTRICT COURT JUDGE

AGREED AND APPROVED BY:

/s/ Mark D. Morrison                                         /s/ J. Wade Sweat
MARK D. MORRISON, MSB #9005              J. WADE SWEAT, MSB #9933
Attorney for Plaintiff                                          Attorney for Folmar & Associates, LLP